UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CAROLYN RICHARDSON,

           Plaintiff,

           -against-

UNITED STATES OF AMERICA, *et al.*,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

19cv1892

SCHEDULING ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

       It having been reported to this Court that this action has been or will be settled, this action is discontinued without costs to any party, and without prejudice to reopening this action if such an application is made within forty-five (45) days of this Order.

       The Clerk of Court is directed to terminate all pending motions and mark this case as closed.

Dated: February 26, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.