

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

August 14, 2020

BY ECF

Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Richardson v. United States, et al.*, 19 Civ. 1892 (WHP)

Dear Judge Pauley:

    This Office represents the United States of America and Defendants Anthony Bussanich, Robert Beaudouin, and Sam Georgy (collectively, the "Government Defendants") in the above-captioned action. Defendant James Weyand is separately represented. As the Government has informed the Court in prior filings, *see* Dkt. Nos. 47, 49, 51, in order to finalize this settlement, certain approval within the Department of Justice was necessary. That approval has been received, the parties have consummated the settlement of this action, and the undersigned has initiated a request with the Department of Treasury to issue payment. A copy of the stipulation of settlement is attached hereto as Exhibit 1.

    The parties thank the Court for its attention to this matter.

    Sincerely,

    AUDREY STRAUSS
    Acting United States Attorney of the
    Southern District of New York

By:    /s/ Alexander J. Hogan
    ALEXANDER J. HOGAN
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2799
    E-mail: alexander.hogan@usdoj.gov